**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: The Honorable Stephen Alexander Vaden

| | |
|---|---|
| AIDA-AMERICA CORPORATION, | |
| Plaintiff, | Court No. 1:18-cv-215 |
| vs. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER CONSOLIDATING CASES**

Plaintiff AIDA-America Corporation's consent motion to consolidate this case with Court Number 1:18-cv-216 is **GRANTED.** Court Number 1:18-cv-216 is consolidated with the present action for all purposes. All pleadings and filings in the consolidated matter shall be docketed under Court Number 1:18-cv-215.

In both cases that are consolidated by this order, the Court issued a Rule 16 notice on January 20, 2021. That notice required the parties in both cases to file with the Court a proposed scheduling order no later than March 22, 2021. The consolidation of these cases does not affect that deadline. The parties in the now-consolidated action are still expected to confer and file a single proposed scheduling order no later than March 22, 2021.

DATED: March 12, 2021                         /s/ Stephen Alexander Vaden
        New York, New York                    Judge Stephen Alexander Vaden