Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM   M-2

| |
|---|
| AIDA-AMERICA CORPORATION, <br><br>                    Plaintiff, <br><br>     v. <br><br> UNITED STATES, <br><br>                    Defendant. |

**Court No.:** 18-m-00215

**REPORT OF MEDIATION**

That pursuant to the Order of Referral dated  May 2, 2022  in this case, I served as Judge Mediator for the mediation process between the parties in this case.  The process was concluded on  February 27, 2023 ;

     X    The mediation resulted in a settlement of all issues;

_____ The mediation resulted in a partial settlement;

_____ The mediation did not result in a settlement;

                                                   /s/ Timothy C. Stanceu                
                                                  Timothy C. Stanceu
                                                  Judge Mediator

DATED:   February 28, 2023
              New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)